UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CRIMINAL NO. 2:14-CR-23-DBH-01 |
| | ) |
| GYADEEN RAMDIHALL, | ) |
| | ) |
| DEFENDANT | ) |

PROCEDURAL ORDER

The defendant has raised a number of new issues in his Reply to Government Response to Motion for an Order to Account and Apply (ECF No. 176). I request clarification from the government on the following:

1. Documents evidencing the administrative forfeiture;
2. Notice, if any, given to the actual owners of the forfeited items;
3. Whether any actual owners petitioned for restoration during the forfeiture proceeding;
4. Whether the Attorney General has exercised her discretion not to make restoration to victims (the government's brief seems to reflect disagreement between the Secret Service and the U.S. Attorney's Office).

The government shall respond by January 3, 2017.

**SO ORDERED.**

**DATED THIS 12TH DAY OF DECEMBER, 2016**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**